

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2013

No. 04-12-00735-CR and 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Appellant's motion for rehearing on Court of Appeals order of April 25, 2013, denying Appellant's motion to supplement the clerk's record in the above styled and numbered appeals is DENIED.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2013.

Keith E. Hottle
Clerk of Court